**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | |
|---|---|
| THREE DOG BAKERY, LLC | &#124; |
| | &#124; |
| Plaintiff, | &#124;     Case No: 4:25-CV-00217-DGK |
| | &#124; |
| -vs- | &#124; |
| | &#124;     **JURY TRIAL DEMANDED** |
| CRIT, INC., et al. | &#124; |
| | &#124; |
| Defendants. | &#124; |

## DEFENDANTS' EMERGENCY PARTIAL MOTION TO STAY AND MOTION FOR RECONSIDERATION, SET BOND, EXPEDITED DISCOVERY, AND FOR EVIDENTIARY HEARING

COMES NOW Defendants, by and through counsel, and hereby respectfully request that this Court grant this Emergency Partial Motion to Stay Item 1 of the Court's Order Granting Motion for Preliminary Injunction as well as Defendants Motion for Reconsideration, Set Bond, Expedited Discovery, and For Evidentiary Hearing. A Memorandum of Law in support of this Motion is filed herewith.

Dated: June 9, 2025                       Respectfully submitted,


FortmanSpann, LLC


By:       /s/ Kelly M. Spann
            Kelly M. Spann
            Missouri Bar No. 73954
            Attorney for Defendants/Counterclaimant
            250 Saint Catherine Street
            Florissant, MO 63031
            (314) 522-2312
            (314) 524-1519 (Facsimile)
            kms@fortmanlaw.com

## <u>CERTIFICATE OF SERVICE</u>

A true and accurate copy of the foregoing has been served upon all parties this 9th day of June, 2025, via operation of the Court's electronic filing system.

/s/Kelly M. Spann_____
Kelly M. Spann